# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-061-RLV-DCK

| | |
|---|---|
| LORRAINE WATERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B. BRAUN MEDICAL, INC.; AESCULAP )<br>IMPLANT SYSTEMS, LLC; JOHN AND )<br>JANE DOES; AESCULAP )<br>INCORPORATED; BLACK AND WHITE )<br>CORPORATIONS; B. BRAUN )<br>INTERVENTIONAL SYSTEMS, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) filed by H. Clay Hodges, concerning Benjamin A. Bertram on July 25, 2017. Mr. Benjamin A. Bertram seeks to appear as counsel *pro hac vice* for Plaintiff Lorraine Waters, individually, and as personal representative, and on behalf of all statutory beneficiaries of Keith Allen Waters, deceased. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) is **GRANTED.** Benjamin A. Bertram is hereby admitted *pro hac vice* to represent Plaintiff Lorraine Waters, individually, and as personal representative, and on behalf of all statutory beneficiaries of Keith Allen Waters, deceased.

**SO ORDERED**.

Signed: July 25, 2017

David C. Keesler
United States Magistrate Judge